No. 16,333.

HAYES *v.* HAYES.
(212 P. [2d] 1007)

Decided December 5, 1949.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. EARL J. HOWER, for plaintiff in error.

Mr. J. EMERY CHILTON, for defendant in error.